UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

505 SR AVE LLC,

Plaintiff,

v.

ERIC GUSTAV ANDERSON, et al.,

Defendants.

Case No. 26-cv-03512-JD

**ORDER REMANDING CASE**

The notice of removal, Dkt. No. 1, and opposition to remand, Dkt. No. 21, have been withdrawn. *See* Dkt. No. 32. The case is consequently ordered remanded to the Superior Court of Sonoma County.

The hearings set for August 13, 2026, are vacated, and the attorney withdrawal request, Dkt. No. 19, is terminated. On the record before the Court, the request for sanctions under Federal Rule of Civil Procedure 11, Dkt. No. 26, is denied.

**IT IS SO ORDERED.**

Dated: August 11, 2026

JAMES DONATO
United States District Judge

United States District Court
Northern District of California